02-12-220-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00220-CV

 

 


 
 
 Patricia Lafferty
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Wallace Edward Lafferty
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE 231st
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Motion To Dismiss.”  It is
the court=s opinion that the motion should be
granted; therefore, we dismiss the appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

 

                                                                                       PER
CURIAM

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.  

 

DELIVERED: 
October 18, 2012









[1]See Tex. R. App. P. 47.4.